UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT C. LOPEZ,<br><br>                  Plaintiff,<br>   v.<br>LANCE MANINGO, et al.,<br><br>                 Defendants. | Case No. 2:21-cv-00940-ART-VCF<br><br>ORDER |

    *Pro se* Plaintiff Robert Lopez ("Lopez") brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Cam Ferenbach (ECF No. 10), recommending that that Plaintiff's action be dismissed. For the reasons set forth below the Court will adopt the R&R in full.

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

    Judge Ferenbach previously dismissed Lopez's Complaint without prejudice and gave him thirty days to file an amended complaint. (ECF No. 9.) In

his order he warned that "[f]ailure to timely file an amended complaint that addresses the deficiencies noted in this order may result in a recommendation for dismissal[.]" *Id.* Plaintiff has not filed an amended complaint or an objection to his order, and the deadline to do so has passed. Judge Ferenbach recommends that for the reasons discussed in his screening order (ECF No. 9) Plaintiff's case should be dismissed.

Plaintiff did not object to the R&R. Because there is no objection, the Court need not conduct de novo review, and is satisfied Magistrate Judge Ferenbach did not clearly err. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report and Recommendation (ECF No. 10) is accepted and adopted in full;

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED that the Clerk enter Judgment and administratively close this case.

DATED THIS 12th Day of July 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE